# EXHIBIT A

Case 8:20-cv-02025-DOC-KES Document 1-1 Filed 10/21/20 Page 2 of 17 Page ID #:7
Electronically Filed by Superior Court of California, County of Orange, 09/28/2020 11:23:22 AM.
30-2020-01161248-CU-MC-NJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By Katie Trent, Deputy Clerk.

Devin Fok (SBN #256599)
devin@devinfoklaw.com
**DHF Law, PC**
16 N. Marengo Ave. Suite 403
Pasadena, CA 91101
Ph: (888) 651-6411
Fax: (818) 484-2023

Attorneys for Plaintiff

# ORANGE COUNTY SUPERIOR COURT
# CENTRAL JUSTICE CENTER

| | |
|---|---|
| DAVID ALAN SMITH, as an individual,<br><br>　　　　Plaintiff(s),<br><br>　　vs.<br><br><br>CORELOGIC RENTAL PROPERTY SOLUTIONS LLC., a Foreign Corporation; and DOES 1-10 inclusive,<br>　　　　Defendants. | CASE NO.: 30-2020-01161248-CU-MC-NJC<br><br>**COMPLAINT FOR DAMAGES**<br><br>**JURY TRIAL DEMANDED**<br><br>**Assigned for All Purposes**<br><br>Judge Craig Griffin |

Plaintiff DAVID ALAN SMITH (hereafter "Plaintiff") complains against Defendants CORELOGIC RENTAL PROPERTY SOLUTIONS LLC., a Foreign Corporation; and DOES 1-10 inclusive (hereinafter collectively as "Defendant" or "Defendants"), and alleges as follows:

- 1 -
Complaint for Damages and Demand for Jury Trial

## NATURE OF THE ACTION

1. Defendant is a tenant screening company which screens prospective tenants for landlords.

2. Typically, such tenant screening reports or consumer reports contain information about the applicant's eviction history, credit history and criminal records.

3. On or about May 29, 2020, Defendant furnished an inaccurate and erroneous consumer report to Plaintiff's prospective landlord disclosing that he is a registered sex offender from Georgia along with 5 other criminal convictions belonging to another David Smith in Virginia. *See* Subject Report attached hereto as Exhibit "1".

4. None of this criminal information belongs to Plaintiff. Plaintiff is a North Carolina resident applying for housing in North Carolina.

5. The report appears to be an improperly formatted database report where the data appeared to have been obtained from an automated process that was not subject to quality control of any kind whatsoever.

6. Many of the key items of information related to these convictions are missing such as: 1) the severity of the offense (i.e., infraction/misdemeanor/felony); 2) disposition date; 3) Sentence, and 4) sentencing date.

7. Some of the errors are so blatant that it discloses that Plaintiff was convicted of a seat belt violation as a ***minor*** in 2010 even though Defendant was aware that Plaintiff was born in 1966.

8. Under the Fair Credit Reporting Act ("FCRA" 15 U.S.C. §1681 *et seq*., the Defendant is required to use reasonable procedures to ensure the "maximum possible accuracy of the information reported." 15 U.S.C. §1681e(b). (Emphasis added).

9. Virtually all experts in the background screening industry agree that database reports cannot possibly comply with the FCRA because database criminal history information are likely to be inaccurate, incomplete and outdated.

10. Defendant has been sued repeatedly for selling background screening reports that fail to comply with the FCRA.

11. Yet, the Defendant, in willful and/or reckless violation of FCRA insists on selling reports that cannot possibly comply with the FCRA.

## THE PARTIES

12. The Plaintiff is, and at all times relevant herein was, a resident of Durham, in the State of North Carolina. He is a "consumer" as per 15 U.S.C. §1681a(c).

13. The Defendant CORELOGIC RENTAL PROPERTY SOLUTIONS LLC., is and at all times herein mentioned was, a foreign corporation registered to do business in the State of California, with a principal place of business at 40 Pacifica Avenue, Suite 900, Irvine, Orange County, California - 92618.

14. The Defendant is a "Consumer Reporting Agency" within the meaning of 15 U.S.C. §1681a(f) because it is a "person which, for monetary fees, dues…regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing ***consumer reports***." (Emphasis added).

15. The tenant screening report generated by the Defendant on the Plaintiff is a "Consumer Report" within the meanings of 15 U.S.C §1681a(d). A "Consumer Report" is "any written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing, credit capacity, ***character, general reputation, personal characteristics, or mode of living*** which is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in establishing the consumer's eligibility for….personal, family or household purposes." (Emphasis added).

16. The Plaintiff is ignorant of the Defendants sued herein as DOES 1-10, inclusive, and therefore sues those Defendants by such capacities when such information is ascertained.

17. The Plaintiff is informed and believes and thereon alleges that each of the Doe Defendants is responsible in some manner for the occurrences herein alleged and that Plaintiff's damages as herein alleged were proximately caused by such occurrences.

18. The Plaintiff is informed and believes and thereon alleges that, at all times herein mentioned, Defendants DOES 1-10, were agents of each other and of the named Defendants and in doing the things alleged in this complaint, were acting in the scope of such agency and with the permission and consent of Defendants.

## FACTS

19. Plaintiff has a common name. Readily available public record information about registered sex offenders, such as through the National Sex Offender Public Website, shows that there are ***280*** registered sex offenders associated with the same "First Name" and "Last Name" as the

Plaintiff. *See* National Sex Offender Public Website, http://nsopw.gov (search query used was First Name: David, Last Name: Smith). Moreover, Plaintiff does not share a full name, full date of birth and a full residential address with any of the registered sex offenders. The subject sex offender whom the Defendant chose to associate with the Plaintiff in its report, has nothing in common with the Plaintiff except the "First Name", "Last Name" and only the "Year of birth". His registered residential address is of Dexter, Georgia, which is completely different from Plaintiff's address. All that the Defendant was required to do was to ensure, at the least, a full name, full date of birth (mm/dd/yyyy) and a full address match, in order to determine whether Plaintiff was indeed the same person as the subject sex offender whom they chose to disclose in the report.

20. Also, none of the other attributes of the subject sex offender disclosed in the report, such as his picture or physical attributes match with that of the Plaintiff's. Defendant simply chose to report its search result "as is", without verifying if such attributes actually belong to Plaintiff.

21. Additionally, Defendants disclosed the file date and sentence date of the offense as "00/00/0000", which, apart from being incomplete and unintelligible, is indicative of the fact that the Defendant did not take any further steps to verify the accuracy of the their search result from original sources such as actual courthouse records.

22. Defendant also inaccurately and erroneously disclosed in its report that Plaintiff has five criminal convictions on his record with dispositions of "GUILTY" and "GUILTY IN ABSENTIA".

23. The conviction dates and sentencing dates are not disclosed in any of these cases.

- 5 -
Complaint for Damages and Demand for Jury Trial

24. The subject's date of birth is listed as "0000."
25. Nevertheless, he appears to be a minor in 2010 making him no older than 20 as of the date of the report.
26. Plaintiff's birth year is 1966. This means that Defendant failed to conduct date of birth match even for such a common name.
27. None of the reported criminal conviction records belong to the Plaintiff.
28. There have been numerous federal enforcement actions as well as civil actions related to a background screening company's failure to use sufficient number of identifiers to ensure an accurate match.
29. In fact, Defendant itself has been the subject of several class action(s) for its failure to ensure that the adverse information reported in its reports belongs to the applicant in question. Thus, Defendant knew or had reason to know that, its failure to ensure, at a minimum, an exact full name, full date of birth and full address match would likely result in inaccurate and erroneous criminal records findings.
30. Rather than using reasonable procedures to ensure the maximum possible accuracy of the information reported, Defendant uses a disclaimer that tells the prospective employer and/or landlord to do its own independent verification:

> "….there will be instances where identifying information appears to match the applicant on which a report is sought, which information may not pertain to the applicant. You shall take independent verification of the information contained in this report to ensure that it pertains to the applicant before you take any adverse action against the applicant…"

31. Using such a disclaimer is indicative that Defendant knew, or had reason to know that its search procedures were not reasonably calculated to

ensure the maximum possible accuracy of the information reported and nevertheless willfully and/or recklessly sold its reports which created a real risk of error.

32. As a result of Defendant's willful and/or reckless violation of the FCRA, the Plaintiff was denied the housing opportunity and had to suffer actual damages, including but not limited to, damage to reputation, emotional distress, and other out of pocket costs associated with disputing and enforcing his rights under the FCRA.

33. In addition, 15 U.S.C. §1681g(a) requires Defendant to disclose a consumer's full file including the source of the information. Despite Plaintiff's request, Defendant never furnished to Plaintiff all of the information in its file. Specifically, Defendant has never disclosed to Plaintiff the source of the erroneous criminal record information contained in the report.

34. Pursuant to §§1681n and o of FCRA, a willful and/or reckless violation by the Defendant entitles the Plaintiff to statutory penalties; whereas negligent violation entitles Plaintiff to actual damages. Costs of action and attorney fees are also recoverable for any successful action. Plaintiff hereby seeks relief as allowed by law.

**FIRST CAUSE OF ACTION**

**(Violation of 15 U.S.C. §1681e(b) against Defendant and Does 1-10)**

35. Plaintiff hereby incorporates by reference the allegations of each and every paragraph above.

36. Defendant willfully and/or recklessly violated the above referenced statutory provision by failing to use reasonable procedures to ensure the maximum possible accuracy of the information reported.

37. Plaintiff further alleges that Defendant's action was willful and/or reckless as to the erroneous criminal records information reported as Defendant knowingly and/or recklessly violated the statutory requirements by failing to use the most elementary industry standards in conducting a criminal records search that require at least a full name, full date of birth and an address match. In addition, Plaintiff is informed, and believes, and thereon alleges that Defendant also failed to create, implement, or utilize more stringent matching criteria for consumers with common names.

38. Defendant's willful and/or reckless violation of the statute entitles Plaintiff statutory penalties of $100 to $1,000.

39. Plaintiff alleges in the alternative that Defendant's violations were negligent and seeks actual damages in an amount to be proven at trial including economic damages, emotional distress, damage to reputation, attorney's fees and costs.

### SECOND CAUSE OF ACTION
**(Violation of 15 U.S.C. §1681g(a) against Defendant and Does 1-10)**

40. Plaintiff hereby incorporates by reference the allegations of each and every paragraph above.

41. Defendant willfully and/or recklessly violated the above referenced statutory provision by failing to provide Plaintiff his full file upon request including the source of the erroneous criminal record information.

42. Plaintiff further alleges that Defendant's action was willful and/or reckless as such information would be part of Plaintiff's file which by law is unambiguously mandated to be disclosed to the consumer upon request.

43. Defendant's willful and/or reckless violation of the statute entitles Plaintiff to statutory penalties of $100 to $1,000.

44. Plaintiff alleges in the alternative that Defendant's violations were negligent and seeks actual damages in an amount to be proven at trial including economic damages, emotional distress, damage to reputation, attorney's fees and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

a. For a declaration that Defendants' practices violated the statute as specified above;

b. For statutory, compensatory, special, general, and punitive damages according to proof and as applicable against all Defendants;

c. For interest upon such damages as permitted by law;

d. For an award of reasonable attorneys' fees provided by law under all applicable statutes;

e. For the costs of suit; and

f. For such other orders of the Court and further relief as the Court deems just and proper.

# DEMAND FOR JURY TRIAL

Plaintiff hereby requests and demands a jury trial on all issues triable by jury.

DATED: September 18, 2020

DEVIN H. FOK ESQ.
**DHF LAW, P.C.**

By: _____

Devin H. Fok
Attorney for Plaintiff

Case 8:20-cv-02025-DOC-KES Document 1-1 Filed 10/21/20 Page 12 of 17 Page ID #:17
Electronically Filed by Superior Court of California, County of Orange, 09/22/2020 11:23:22 AM.
30-2020-01161248-CU-MC-NJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By Katie Trent, Deputy Clerk.

**CM-010**

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
Devin H. Fok (SBN # 256599) DHF Law, P.C.
16 N. Marengo Ave., Suite 403
Pasadena, CA 91101

TELEPHONE NO.: (888) 651-6411   FAX NO. (Optional): (818) 484-2023
ATTORNEY FOR (Name): David Alan Smith

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE
STREET ADDRESS: ~~700 Civic Center Drive West~~
MAILING ADDRESS: ~~700 Civic Center Drive West~~
CITY AND ZIP CODE: ~~Santa Ana, CA 92701~~   K.T.
BRANCH NAME: ~~Central Justice Center~~

Orange County Superior Court
North Justice Center
1275 North Berkeley Avenue
Fullerton, CA 92832

**CASE NAME:** Smith v. CoreLogic

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 30-2020-01161248-CU-MC-NJC |
|---|---|---|
| [x] Unlimited (Amount demanded exceeds $25,000) [ ] Limited (Amount demanded is $25,000) | [ ] Counter [ ] Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: Judge Craig Griffin DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

   **Auto Tort**
   [ ] Auto (22)
   [ ] Uninsured motorist (46)
   **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
   [ ] Asbestos (04)
   [ ] Product liability (24)
   [ ] Medical malpractice (45)
   [ ] Other PI/PD/WD (23)
   **Non-PI/PD/WD (Other) Tort**
   [ ] Business tort/unfair business practice (07)
   [ ] Civil rights (08)
   [ ] Defamation (13)
   [ ] Fraud (16)
   [ ] Intellectual property (19)
   [ ] Professional negligence (25)
   [ ] Other non-PI/PD/WD tort (35)
   **Employment**
   [ ] Wrongful termination (36)
   [ ] Other employment (15)

   **Contract**
   [ ] Breach of contract/warranty (06)
   [ ] Rule 3.740 collections (09)
   [ ] Other collections (09)
   [ ] Insurance coverage (18)
   [ ] Other contract (37)
   **Real Property**
   [ ] Eminent domain/Inverse condemnation (14)
   [ ] Wrongful eviction (33)
   [ ] Other real property (26)
   **Unlawful Detainer**
   [ ] Commercial (31)
   [ ] Residential (32)
   [ ] Drugs (38)
   **Judicial Review**
   [ ] Asset forfeiture (05)
   [ ] Petition re: arbitration award (11)
   [ ] Writ of mandate (02)
   [ ] Other judicial review (39)

   **Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
   [ ] Antitrust/Trade regulation (03)
   [ ] Construction defect (10)
   [ ] Mass tort (40)
   [ ] Securities litigation (28)
   [ ] Environmental/Toxic tort (30)
   [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
   **Enforcement of Judgment**
   [ ] Enforcement of judgment (20)
   **Miscellaneous Civil Complaint**
   [ ] RICO (27)
   [x] Other complaint (not specified above) (42)
   **Miscellaneous Civil Petition**
   [ ] Partnership and corporate governance (21)
   [ ] Other petition (not specified above) (43)

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [x] monetary b. [x] nonmonetary; declaratory or injunctive relief c. [x] punitive
4. Number of causes of action (specify): (2)
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: September 18, 2020

Devin H. Fok
(TYPE OR PRINT NAME)                                              ► *dhf* (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courts.ca.gov

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**  CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) (if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/ Wrongful Death
- Product Liability (not asbestos or toxic/environmental) (24)
- Medical Malpractice (45)
  - Medical Malpractice– Physicians & Surgeons
  - Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) (not civil harassment) (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice (not medical or legal)
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction)
  - Contract/Warranty Breach–Seller Plaintiff (not fraud or negligence)
  - Negligent Breach of Contract/ Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case–Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage (not provisionally complex) (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property (not eminent domain, landlord/tenant, or foreclosure)

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) (if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims (arising from provisionally complex case type listed above) (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
  - Confession of Judgment (non-domestic relations)
  - Sister State Judgment
  - Administrative Agency Award (not unpaid taxes)
  - Petition/Certification of Entry of Judgment on Unpaid Taxes
  - Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint (not specified above) (42)
  - Declaratory Relief Only
  - Injunctive Relief Only (non-harassment)
  - Mechanics Lien
  - Other Commercial Complaint Case (non-tort/non-complex)
  - Other Civil Complaint (non-tort/non-complex)

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition (not specified above) (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition

Case 8:20-cv-02025-DOC-KES Document 1-1 Filed 10/21/20 Page 14 of 17 Page ID #:19
Electronically Filed by Superior Court of California, County of Orange, 09/18/2020 11:23:22 AM.
30-2020-01161248-CU-MC-NJC - ROA # 4 - DAVID H. YAMASAKI, Clerk of the Court By Katie Trent, Deputy Clerk.

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
CORELOGIC RENTAL PROPERTY SOLUTIONS LLC., a Foreign Corporation; and DOES 1-10 inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

DAVID ALAN SMITH, as an individual,

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: ~~Central Justice Center~~
*(El nombre y dirección de la corte es):* ~~700 Civic Center Drive West~~
~~Santa Ana, CA 92701~~   K.T.

Orange County Superior Court
North Justice Center
1275 North Berkeley Avenue
Fullerton, CA 92832

**CASE NUMBER:** *(Número del Caso):*
30-2020-01161248-CU-MC-NJC
Judge Craig Griffin

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Devin Fok, Esq., DHF Law, P.C., 16 N. Marengo Ave. Suite 403, Pasadena, CA 91101, (888) 651-6411

| DATE: (Fecha) 09/18/2020 DAVID H. YAMASAKI, Clerk of the Court | Clerk, by (Secretario) *Katie Trent* | , Deputy (Adjunto) |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010).)

Katie Trent



**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify)*:
3. [x] on behalf of *(specify)*:
   under: [x] CCP 416.10 (corporation)      [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership)   [ ] CCP 416.90 (authorized person)
          [ ] other *(specify)*:
4. [ ] by personal delivery on *(date)*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov



# SUPERIOR COURT OF CALIFORNIA

#### COUNTY OF ORANGE

Superior Court of California, County of Orange

700 W. Civic Center Drive
Santa Ana, CA 92702

**PAYMENT RECEIPT**

E-Filing Transaction #: 41115778

Receipt #: 12610700

**Clerk ID:** ktrent    **Transaction No:** 12783915    **Transaction Date:** 09/21/2020    **Transaction Time:** 03:32:51 PM

| Case Number | Fee Type | Qty | Fee Amount$ | Balance Due | Amount Paid | Remaining Balance |
|---|---|---|---|---|---|---|
| 30-2020-01161248-CU-MC-CJC | 194 - Complaint or other 1st paper | 1 | $435.00 | $435.00 | $435.00 | $0.00 |

Sales Tax: $0.00

Total: $435.00    Total Rem. Bal:

E-Filing : - OneLegal

E-Filing: $435.00

Total Amount Tendered: $435.00

Change Due: **$0.00**

Balance: **$0.00**

A $45 fee may be charged for each returned check, electronic funds transfer or credit card payment.

**COPY**

Page: 1

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**<br>STREET ADDRESS: 1275 N. Berkeley Ave<br>MAILING ADDRESS: 1275 N. Berkeley Ave<br>CITY AND ZIP CODE: Fullerton 92838<br>BRANCH NAME: North Justice Center<br>PLAINTIFF: David Alan Smith<br>DEFENDANT: CoreLogic Rental Property Solutions LLC.<br>Short Title: SMITH VS. CORELOGIC RENTAL PROPERTY SOLUTIONS LLC. | FOR COURT USE ONLY<br>**FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>**Oct 5, 2020**<br>Clerk of the Superior Court<br>By: Devon Velasquez, Deputy |
| **NOTICE OF HEARING** | CASE NUMBER:<br>30-2020-01161248-CU-MC-NJC |

Please take notice that a(n), <u>Case Management Conference</u> has been scheduled for hearing on <u>06/04/2021</u> at <u>09:30:00 AM</u> in Department <u>N05</u> of this court, located at <u>North Justice Center</u>.

**IMPORTANT:** Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.

Civil Matters - http://www.occourts.org/media-relations/civil.html

Probate/Mental Health - http://www.occourts.org/media-relations/probate-mental-health.html

**IMPORTANTE:** Antes de la fecha de su audiencia, consulte el sitio web de la corte para obtener las instrucciones más recientes sobre cómo presentarse para su audiencia y acceder a los servicios disponibles para responder sus preguntas.

Casos civiles - http://www.occourts.org/media-relations/civil.html

Casos de Probate y Salud Mental - http://www.occourts.org/media-relations/probate-mental-health.html

**QUAN TRỌNG:** Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của Tòa để biết những hướng dẫn mới nhất về cách trình diện tại phiên tòa và cách tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị.

Vấn Đề Dân Sự - http://www.occourts.org/media-relations/civil.html

Thủ Tục Di Chúc/Sức Khỏe Tinh Thần - http://www.occourts.org/media-relations/probate-mental-health.html

Clerk of the Court, By: _____ , Deputy

**NOTICE OF HEARING**   Page: 1

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE | |
| North Justice Center<br>1275 N. Berkeley Ave<br>Fullerton  92838 | |

**SHORT TITLE:** SMITH VS. CORELOGIC RENTAL PROPERTY SOLUTIONS LLC.

| | |
|---|---|
| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER:<br>**30-2020-01161248-CU-MC-NJC** |

I certify that I am not a party to this cause. I certify that a true copy of the above <u>Notice of Hearing</u> has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at <u>Fullerton</u> , <u>California</u>, on <u>10/05/2020</u>. Following standard court practice the mailing will occur at <u>Sacramento</u>, <u>California</u> on <u>10/06/2020</u>.

Clerk of the Court, by: _____ , Deputy

DHF LAW, P.C.
16 N MARENGO AVENUE # SUITE 403
PASADENA, CA 91101